862

No. 71-6684. Brown v. Wisconsin State Department of Public Welfare. C. A. 7th Cir. Certiorari denied.

No. 71-6686. Ellison v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 71-6688. Lara v. Harris, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 71-6691. Zimmer v. Gaffney, Warden. C. A. 10th Cir. Certiorari denied.

No. 71-6692. Carter v. Roberts, U. S. District Judge. C. A. 5th Cir. Certiorari denied.

No. 71-6695. Randall v. United States. C. A. 5th Cir. Certiorari denied.

No. 71-6696. Perwin v. New Jersey. Sup. Ct. N. J. Certiorari denied.

No. 71-6697. Batista v. United States; and
No. 71-6715. Lopez v. United States. C. A. 9th Cir. Certiorari denied. Reported below: 453 F. 2d 749.

No. 71-6699. Albidrez v. United States. C. A. 9th Cir. Certiorari denied.

No. 71-6701. Harrison v. United States. C. A. 2d Cir. Certiorari denied.

No. 71-6702. Tarlton v. Wolfe. C. A. 5th Cir. Certiorari denied.

No. 71-6704. Ingraham v. Florida. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.